IN THE SUPREME COURT OF THE STATE OF KANSAS

No. 122,036

In the Matter of MARK D. MURPHY,
*Respondent.*

ORDER OF DISCHARGE FROM PROBATION

On October 16, 2020, the court suspended Mark D. Murphy's Kansas law license for a two-year period. The court ordered that following one year of suspension, Murphy could petition for an early reinstatement provided that he enters into a probation plan approved by the Office of the Disciplinary Administrator (ODA). *In re Murphy*, 312 Kan. 203, 473 P.3d 886 (2020).

On December 30, 2021, the court granted the parties' joint motion to stay the second year of the suspension period, reinstated Murphy's law license, and placed him on probation pursuant to the terms and conditions set forth in the probation plan approved by the Disciplinary Administrator. *In re Murphy*, 314 Kan. 515, 500 P.3d 1188 (2021).

On December 29, 2024, Murphy filed a motion to be discharged from probation. The ODA responded that Murphy has complied with his probation, confirmed Murphy's eligibility to be discharged from probation, and voiced no objection to such discharge. See Supreme Court Rule 227(g)(1) (2024 Kan. S. Ct. R. at 281) (probation discharge).

This court notes the ODA's response, grants Murphy's motion, and fully discharges Murphy from probation. Accordingly, this disciplinary proceeding is closed.

1

The court orders the publication of this order in the Kansas Reports and assesses any remaining costs of this proceeding to Murphy.

Dated this 17th day of January 2025.